**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 1 1 2019

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

## MEMORANDUM

**DATE:** Mar. 8, 2019

**TO:** Criminal Docket Clerk

**FROM:** Diane Darbonne
U.S. Marshals Service

**RE:** Defendant in custody of U.S. Marshals Service on charges out of the Eastern District of Arkansas.

_____   Deft. taken into U.S. Marshal Service custody on a detainer
(Date)   from _____.

03/08/19   Deft. taken into U.S. Marshal Service custody on a Warrant of
(Date)   Removal.

_____   Deft. taken into U.S. Marshal Service custody on a Return
(Date)   Psychiatric Study.

_____   Deft. returned to custody of _____
(Date)                                    (State)

_____   Deft. returned to custody of _____
(Date)                                    (Another District)

CASE NO. 4:19-MJ-00046

DEFENDANT'S NAME Pierson, Andrew